IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

David A. Robison,

    Plaintiff,

  v.                               Case No. 2:15-cv-944

Woody Coey, et al.,

    Defendants.

ORDER

    This matter is before the court for consideration of the report and recommendation filed by the magistrate judge on February 2, 2017. The magistrate judge recommended that defendants' motion for summary judgment on the initial retaliation claim contained in the original complaint be granted.

    The report and recommendation specifically advised the parties that objections to the report and recommendation were due within fourteen days, and that the failure to object to the report and recommendation "will result in a waiver of the right to have the District Judge review the Report and Recommendation <u>de novo</u>, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 76, p. 19. The time period for filing objections to the report and recommendation has expired, and no objections to the report and recommendation have been filed.

    The report and recommendation (Doc. 76) is adopted. For the reasons set forth in the report and recommendation, the motion for summary judgment on plaintiff's initial retaliation claim (Doc. 61) is granted. The motion for summary judgment (Doc. 77) on the additional retaliation claim advanced in the amended complaint

remains pending.

It is so ordered.

Date: March 2, 2017                     s/James L. Graham
                                   James L. Graham
                                   United States District Judge