```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

David A. Robison,

    Plaintiff,

  v.                              Case No. 2:15-cv-944

Woody Coey, et al.,

    Defendants.

## ORDER

This matter is before the court for consideration of the report and recommendation filed by the magistrate judge on March 16, 2017. The magistrate judge recommended that defendants' supplemental motion for summary be granted.

The report and recommendation specifically advised the parties that objections to the report and recommendation were due within fourteen days, and that the failure to object to the report and recommendation "will result in a waiver of the right to have the district judge review the Report and Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 79, p. 5. The time period for filing objections to the report and recommendation has expired, and no objections to the report and recommendation have been filed.

The report and recommendation (Doc. 79) is adopted. For the reasons set forth in the report and recommendation, the defendants' supplemental motion for summary judgment (Doc. 77) is granted. The clerk shall enter judgment in favor of the defendants.

It is so ordered.

Date: April 17, 2017         /s/James L. Graham
                             James L. Graham
                             United States District Judge